UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22802-CIV-HIGHSMITH

RAUL BEJARANO,

    Petitioner,

v.

MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security, JULIE MYERS, Assistant Secretary of the United States Department of Homeland Security--Immigration and Customs Enforcement, TRACI A LEMBKE, Director, United States Department of Homeland Security--Immigration and Customs Enforcement Office of Professional Responsibility; AGENT RANDOLPH "TYLER" MORGAN, Immigration and Customs Enforcement Officer; AGENT DAVID DAMATO, Supervisory Immigration and Customs Enforcement Officer; and THE UNITED STATES OF AMERICA

    Respondents.
_____/

## ORDER

THIS CAUSE is before the Court in this closed case upon Petitioner's Emergency Motion for Reconsideration and Relief from Order and Incorporated Memorandum of Law (DE #11).

Petitioner's Motion is really nothing more than his contention that this Court erred in dismissing his case. The purpose of a motion for reconsideration is "to correct manifest errors of law or fact or to present newly discovered evidence." *See Association for Disabled Americans, Inc. v. Amoco Oil Company*, 211 F.R.D. 457, 477 (S.D. Fla. 2002). But Petitioner fails to offer any new evidence for this Court to consider. A motion for reconsideration should not be used as a vehicle to present authorities available at the time of the first decision or to reiterate arguments

previously made. Because Petitioner's Motion merely rehashes arguments already brought before this Court, Petitioner's Motion is DENIED. This case remains CLOSED.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 20th day of June, 2008.

_____
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record